IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:15 CR 358-4 |
| Plaintiff, | ORDER RE: <u>CONDITIONS OF RELEASE</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Sultane Roome Salim, | |
| Defendant. | |

Pending before this Court is Defendant's Motion to modify the conditions of his release to permit off-line use of his computer and email communication with counsel (Doc. 73). The Government has responded (Doc. 75). The Motion is granted in part.

The condition restricting Defendant's computer and internet usage (Doc. 52 at 4) remains in effect. Defendant may use a computer off-line **only** to review discovery provided by his legal counsel. No other flash drives, CDs, or media may be reviewed. Defendant may use a computer with internet access **only** to email his legal counsel. Counsel shall provide Pretrial Services her email address and Pretrial Services shall not open or review any correspondence between Defendant and his legal counsel. Defendant must advise Pretrial Services which computer he will be using. The monitoring services shall be at the Government's expense.

Neither the Government nor Pretrial Services opposes these modifications.

IT IS SO ORDERED.

   s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

May 10, 2016