IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  Case No. 3:15cr358

    Plaintiff

-v-  ORDER

Sultane Roome Salim,

    Defendant

On January 15, 2019, the government orally moved to dismiss Counts 1, 2, and 4 of the Indictment. There being no objection, it is hereby ordered that the Government's motion to dismiss is granted. Counts 1, 2, and 4 of the Indictment are dismissed as to Sultane Roome Salim.

s/ Jeffrey J. Helmick
United States District Judge